No: 14-8014

_____

Ronald Perras

Petitioner

v.

H&R Block; HRB Tax Group, Inc.; HRB Technology, LLC

Respondents

___

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:12-cv-00450-BP)

___

**JUDGMENT**

The petition for permission to appeal is granted as directed in the court's order of August 12, 2014. Judgment is entered accordingly, and mandate shall issue forthwith.

This case has been transferred to appeal No. 14-2892.

October 01, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans