IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

RONALD PERRAS, on behalf of himself )
and all others similarly situated, )
 )
                Plaintiff, )
 )
v. ) Case No. 12-00450-CV-W-BP
 )
H&R BLOCK, INC., *et al.*, )
 )
                Defendants. )
 )

## JUDGMENT IN A CIVIL CASE

_____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_X\_\_\_  **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

      ORDER Defendants' Renewed Motion for Summary Judgment, (Doc. 207), is GRANTED, and Plaintiff's Motion for Class Certification of a California Class, (Doc. 205), is DENIED as moot.

Dated : 4/29/2016

/s/Paige Wymore-Wynn
Acting Clerk of Court

/s/ K. McIlvain
Deputy Clerk