# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-2572
_____

Ronald Perras, on behalf of himself and all others similarly situated

Plaintiff - Appellant

v.

H&R Block, Inc,; HRB Tax Group, Inc.; HRB Technology, LLC

Defendants - Appellees
_____

No: 16-4106
_____

Ronald Perras, on behalf of himself and all others similarly situated

Plaintiff - Appellee

v.

H&R Block, Inc,; HRB Tax Group, Inc.; HRB Technology, LLC

Defendants - Appellants

------

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:12-cv-00450-BP)
(4:12-cv-00450-BP)

------

## JUDGMENT

The motions' to dismiss the appeals are granted. The appeals are hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

May 15, 2017

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans