# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-2572

Ronald Perras, on behalf of himself and all others similarly situated

Appellant

v.

H&R Block, Inc,, et al.

Appellees

No: 16-4106

Ronald Perras, on behalf of himself and all others similarly situated

Appellee

v.

H&R Block, Inc,, et al.

Appellants

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:12-cv-00450-BP)
(4:12-cv-00450-BP)
_____

**MANDATE**

In accordance with the judgment of 05/15/2017, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matters.

May 15, 2017

Clerk, U.S. Court of Appeals, Eighth Circuit